*see as*

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN RICHARD JAE, | : | CIVIL NO. **1:01-CV-0041** |
| Plaintiff | : | (Judge Rambo) |
| v. | : | (Magistrate Judge Smyser) |
| CORRECTIONS OFFICER LESTER, | : | |
| Defendant | : | |

**FILED
HARRISBURG, PA
JAN 2 5 2001
MARY E. D'ANDREA, CLERK
PER _____ DEPUTY CLERK**

<u>ORDER</u>

Pursuant to the Administrative Order issued January 17, 2000, **IT IS ORDERED** that the plaintiff's request to proceed *in forma pauperis* is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to serve plaintiff's complaint in accordance with Fed.R.Civ.P. 4. The defendants are requested to waive service pursuant to Rule 4(d).[1]

J. Andrew Smyser
Magistrate Judge

Dated: January **25**, 2001.

---

1. The Marshal will send the form Notice of Lawsuit and Request for Waiver of Service of Summons to each defendant.

AO 72A

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

January 25, 2001

Re: 1:01-cv-00041    Jae v. Lester

True and correct copies of the attached were mailed by the clerk to the following:

John Richard Jae
SCI-GREENE
#BQ-3219
175 Progress Drive
Waynesburg, PA  15370

```
cc:
Judge                        ( )
Magistrate Judge             (✓)
U.S. Marshal                 ( )
Probation                    ( )
U.S. Attorney                ( )
Atty. for Deft.              ( )
Defendant                    ( )
Warden                       ( )
Bureau of Prisons            ( )
Ct Reporter                  ( )
Ctroom Deputy                ( )
Orig-Security                ( )
Federal Public Defender      ( )
Summons Issued               (✓) with N/C attached to complt. and served by:
                                 U.S. Marshal (✓)    Pltf's Attorney ( )

Standard Order 93-5          ( )
Order to Show Cause          ( ) with Petition attached & mailed certified mail
                                 to:  US Atty Gen   ( )    PA Atty Gen ( )
                                      DA of County  ( )    Respondents ( )

Bankruptcy Court             ( )
Other_____   ( )
```

MARY E. D'ANDREA, Clerk

DATE: _____1-25-01_____     BY: _____
                                Deputy Clerk