```
PA DEPT. OF CORRECTIONS          INMATE ACCOUNTS SYSTEM          RUN    IAS365
BUREAU OF COMPUTER SERVICES      PARTIAL ACCOUNT LISTING         DATE   1/22/2001
REMOTE PRINT TIME 14:13              FROM PURGE FILE             PAGE   1

   INMATE      NAME
   NUMBER      LAST              FIRST        MI         STARTING BALANCE
   BQ3219      JAE               JOHN         R               -373.18

 BATCH      DATE                                        TRANSACTION  BALANCE AFTER
   #     MO DY YEAR    TRANSACTION DESCRIPTION             AMOUNT     TRANSACTION

   0    07-05-2000  92  TRANSFER OUT
                        CAMP HILL
   0    07-05-2000  91  TRANSFER IN
                        WAYMART
  574   07-06-2000  37  POSTAGE
                                                           -1.21        -374.39
  574   07-06-2000  37  POSTAGE
                                                            -.55        -374.94
  574   07-06-2000  37  POSTAGE
                                                            -.55        -375.49
  574   07-06-2000  37  POSTAGE
                                                           -1.43        -376.92
  574   07-06-2000  37  POSTAGE
                                                            -.77        -377.69
  602   07-10-2000  37  POSTAGE
                                                            -.99        -378.68
  614   07-11-2000  37  POSTAGE
                                                           -2.75        -381.43
   0    07-19-2000  92  TRANSFER OUT
                        WAYMART
   0    07-21-2000  91  TRANSFER IN
                        CAMP HILL
 6202   07-24-2000  41  MEDICAL
                        MEDICAL SERVICES                   -8.00        -389.43
 6202   07-26-2000  37  POSTAGE
                        MEDICAL SERVICES                   -2.00        -391.43
 6282   08-01-2000  37  POSTAGE
                        DONE 7-31-2000                      -.22        -391.65
 6285   08-01-2000  41  MEDICAL
                        MEDICAL SERVICES                   -2.00        -393.65
 6312   08-03-2000  37  POSTAGE
                        DONE 8-2-2000                       -.77        -394.42
 6312   08-03-2000  37  POSTAGE
                        DONE 8-2-2000                      -2.09        -396.51
 6312   08-03-2000  37  POSTAGE
                        DONE 8-2-2000                      -4.30        -400.81
 6285   08-03-2000  41  MEDICAL
                        MEDICAL SERVICES                   -2.00        -402.81
 6340   08-04-2000  37  POSTAGE
                        U.P.S.                             -8.12        -410.93
 6439   08-21-2000  41  MEDICAL
                        MEDICAL SERVICES                   -6.00        -416.93
 6455   08-23-2000  37  POSTAGE
                        POSTAGE 8-22-2000                  -2.53        -419.46
```

FILED SCRANTON CV-01-41  JAN 2 5 2001  PER _____ DEPUTY CLERK

```
PA DEPT. OF CORRECTIONS          INMATE ACCOUNTS SYSTEM          RUN    IAS365
BUREAU OF COMPUTER SERVICES      PARTIAL ACCOUNT LISTING         DATE   1/22/2001
REMOTE PRINT TIME 14:13             FROM PURGE FILE              PAGE        2

    INMATE    NAME
    NUMBER    LAST                 FIRST              MI
    BQ3219    JAE                  JOHN               R

                                                          TRANSACTION  BALANCE AFTER
  BATCH    DATE
    #    MO DY YEAR    TRANSACTION DESCRIPTION           AMOUNT        TRANSACTION

   6502  08-30-2000  41  MEDICAL
                         MEDICAL SERVICES                 -6.00         -425.46
   6559  09-07-2000  37  POSTAGE
                         DONE 9-6-00                      -2.31         -427.77
   6559  09-07-2000  37  POSTAGE
                         POSTAGE DONE 9-6-2000             -.77         -428.54
   6575  09-08-2000  37  POSTAGE
                         POSTAGE DONE 9-8-2000             -.66         -429.20
   6591  09-12-2000  37  POSTAGE
                         DONE 9-11-2000                   -2.09         -431.29
   6591  09-12-2000  37  POSTAGE
                         DONE 9-11-2000                    -.77         -432.06
   6625  09-18-2000  14  MISCELLANEOUS
                         REIM STATIONARY                   6.49         -425.57
   6593  09-20-2000  41  MEDICAL
                         MEDICAL SERVICES                 -4.00         -429.57
   6593  09-21-2000  14  MISCELLANEOUS
                         REFUND MEDICAL SERVICES           8.00         -421.57
   6674  09-25-2000  37  POSTAGE
                         DONE 9-25-2000                    -.55         -422.12
   6685  09-27-2000  37  POSTAGE
                         DONE 9-26-00                      -.77         -422.89
   6685  09-27-2000  37  POSTAGE
                         DONE 9-26-00                      -.55         -423.44
   6685  09-27-2000  37  POSTAGE
                         DONE 9-26-00                      -.77         -424.21
   6685  09-27-2000  37  POSTAGE
                         DONE 9-26-00                      -.77         -424.98
   6685  09-27-2000  37  POSTAGE
                         DONE 9-26-00                      -.33         -425.31
   6685  09-27-2000  37  POSTAGE
                         DONE 9-26-00                      -.33         -425.64

              BALANCE AFTER THESE TRANSACTIONS------>                   -425.64
```

```
PA DEPT. OF CORRECTIONS        INMATE ACCOUNTS SYSTEM           RUN     IAS365
BUREAU OF COMPUTER SERVICES    PARTIAL ACCOUNT LISTING          DATE  1/22/2001
REMOTE PRINT TIME 14:13           FROM ACTIVE FILE              PAGE          1

    INMATE      NAME
    NUMBER      LAST            FIRST           MI           STARTING BALANCE
    BQ3219      JAE             JOHN            R                  -425.64

   BATCH       DATE                                      TRANSACTION  BALANCE AFTER
    #        MO DY YEAR     TRANSACTION DESCRIPTION         AMOUNT     TRANSACTION

   6715     10-02-2000   41  MEDICAL
                             MEDICAL SERVICES                -2.00       -427.64
   6715     10-02-2000   14  MISCELLANEOUS
                             REFUND MEDICAL SERVICES          2.00       -425.64
   6769     10-10-2000   37  POSTAGE
                             DONE 10-4-2000                   -.99       -426.63
   6769     10-10-2000   37  POSTAGE
                             DONE 10-4-2000                   -.77       -427.40
   6780     10-10-2000   41  MEDICAL
                             MEDICAL SERVICES                -4.00       -431.40
   6810     10-13-2000   37  POSTAGE
                             DONE 10-11-2000                 -3.20       -434.60
   6810     10-13-2000   37  POSTAGE
                             DONE 10-11-2000                  -.77       -435.37
   6825     10-20-2000   38  INSIDE PURCHASES
                             LIBRARY BOOK                    -4.95       -440.32
   6890     10-25-2000   37  POSTAGE
                             DONE 10-25-2000                 -2.09       -442.41
      0     10-26-2000   92  TRANSFER OUT
                             CAMP HILL
      0     10-26-2000   91  TRANSFER IN
                             GREENE
      0     10-31-2000   92  TRANSFER OUT
                             GREENE
      0     10-31-2000   91  TRANSFER IN
                             CAMP HILL
   6909     10-31-2000   37  POSTAGE
                             U.P.S.                         -13.07       -455.48
      0     10-31-2000   92  TRANSFER OUT
                             CAMP HILL
      0     10-31-2000   91  TRANSFER IN
                             GREENE
   5238     10-31-2000   37  POSTAGE
                                                              -.77       -456.25
   5238     10-31-2000   37  POSTAGE
                                                              -.99       -457.24
   5238     10-31-2000   37  POSTAGE
                                                              -.99       -458.23
      0     10-31-2000   92  TRANSFER OUT
                             GREENE
      0     10-31-2000   91  TRANSFER IN
                             CAMP HILL
   6913     10-31-2000   37  POSTAGE
                             POSTAGE DONE 10/31/2000         -2.09       -460.32
```

```
PA DEPT. OF CORRECTIONS            INMATE ACCOUNTS SYSTEM           RUN     IAS365
BUREAU OF COMPUTER SERVICES         PARTIAL ACCOUNT LISTING          DATE    1/22/2001
REMOTE PRINT TIME 14:13                FROM ACTIVE FILE              PAGE          2
```

| INMATE NUMBER | NAME LAST | FIRST | MI |
|---|---|---|---|
| BQ3219 | JAE | JOHN | R |

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|
| 0 | 10-31-2000 | 92 | TRANSFER OUT CAMP HILL | | |
| 0 | 10-31-2000 | 91 | TRANSFER IN GREENE | | |
| 0 | 11-01-2000 | 92 | TRANSFER OUT GREENE | | |
| 0 | 11-01-2000 | 91 | TRANSFER IN CAMP HILL | | |
| 6925 | 11-01-2000 | 37 | POSTAGE U.P.S. | -3.47 | -463.79 |
| 0 | 11-01-2000 | 92 | TRANSFER OUT CAMP HILL | | |
| 0 | 11-01-2000 | 91 | TRANSFER IN GREENE | | |
| 5312 | 11-07-2000 | 37 | POSTAGE | -1.21 | -465.00 |
| 5341 | 11-09-2000 | 37 | POSTAGE | -.99 | -465.99 |
| 5397 | 11-16-2000 | 37 | POSTAGE | -.77 | -466.76 |
| 5397 | 11-16-2000 | 37 | POSTAGE | -.55 | -467.31 |
| 5397 | 11-16-2000 | 37 | POSTAGE | -.77 | -468.08 |
| 5397 | 11-16-2000 | 37 | POSTAGE | -.99 | -469.07 |
| 5472 | 11-27-2000 | 37 | POSTAGE | -2.97 | -472.04 |
| 5472 | 11-27-2000 | 37 | POSTAGE | -.55 | -472.59 |
| 5472 | 11-27-2000 | 37 | POSTAGE | -.55 | -473.14 |
| 5541 | 12-04-2000 | 37 | POSTAGE | -.55 | -473.69 |
| 5541 | 12-04-2000 | 37 | POSTAGE | -.99 | -474.68 |
| 5541 | 12-04-2000 | 37 | POSTAGE | -.99 | -475.67 |
| 5541 | 12-04-2000 | 37 | POSTAGE | -.99 | -476.66 |
| 5608 | 12-11-2000 | 37 | POSTAGE | -4.30 | -480.96 |
| 5608 | 12-11-2000 | 37 | POSTAGE | -1.21 | -482.17 |

```
PA DEPT. OF CORRECTIONS        INMATE ACCOUNTS SYSTEM        RUN    IAS365
BUREAU OF COMPUTER SERVICES    PARTIAL ACCOUNT LISTING       DATE   1/22/2001
REMOTE PRINT TIME 14:13           FROM ACTIVE FILE           PAGE         3
```

| INMATE NUMBER | NAME LAST | FIRST | MI |
|---|---|---|---|
| BQ3219 | JAE | JOHN | R |

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|
| 5619 | 12-12-2000 | 37 | POSTAGE | -.77 | -482.94 |
| 5619 | 12-12-2000 | 37 | POSTAGE | -.77 | -483.71 |
| 5675 | 12-18-2000 | 37 | POSTAGE | -.33 | -484.04 |
| 5675 | 12-18-2000 | 37 | POSTAGE | -.33 | -484.37 |
| 5698 | 12-20-2000 | 37 | POSTAGE | -.33 | -484.70 |
| 5698 | 12-20-2000 | 37 | POSTAGE | -.33 | -485.03 |
| 5750 | 12-27-2000 | 37 | POSTAGE | -1.21 | -486.24 |
| 5841 | 01-08-2001 | 37 | POSTAGE | -2.97 | -489.21 |
| 5872 | 01-10-2001 | 37 | POSTAGE | -2.89 | -492.10 |
| 5872 | 01-10-2001 | 37 | POSTAGE | -2.86 | -494.96 |
| 5872 | 01-10-2001 | 37 | POSTAGE | -.76 | -495.72 |
| 5872 | 01-10-2001 | 37 | POSTAGE | -.76 | -496.48 |

```
                    BALANCE AFTER THESE TRANSACTIONS------>    -496.48
```

CERTIFIED COPY
DATE 1.22.01
K Patterson  Fiscal Technician Supervisor
Name / Title