From: Mr. John Richard Joe,
BQ-3219

SCI-PITTSBURGH
PO BOX 99901
PITTSBURGH PA 15233-0901

January 28, 2001

To: The Office of the Clerk,
United States District Court,
228 Walnut Street
P.O. Box 983
Harrisburg, PA. 17108-0983

FILED
HARRISBURG, PA

FEB 1 2001

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

Re: Joe vs. Clark, et al.,
CIVIL No. 1-CV-00-1090

Re: Joe vs. Kyler, et al.,
CIVIL No. 1-CV-00-0215

Re: Joe vs. Wexford Health Services, Inc.,
CIVIL No. 1-CV-00-1524

Re: Joe vs. Dragovich, et al.,
CIVIL No. 1-CV-00-2123

and

Re: Joe vs. Lester
CIVIL No. 1-CV-01-0041

Dear Clerk:

Please be advised that the Plaintiff's address of record in each of the above-captioned Civil Actions should be changed to: Mr. John Richard Joe, #BQ-3219, SCI-Pittsburgh, P.O. Box 99901, Pittsburgh, PA. 15233-0901, effective Immediately.

CC: Mr. James D. Young, Esq.,
Mr. Robert M. Wolff, Esq.,
Mr. Michael L. Harvey, Esq.(s)

Sincerely,
Mr. John Richard Joe
Plaintiff and Pro Se Counsel