# WAIVER OF SERVICE OF SUMMONS

TO: _John Richard Joe_
(Name of plaintiff's attorney or pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action of _Joe_ vs _Lester_ _____, which is case number _CV-01-41_ in the United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgement may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after _1-30-01_ (date request was sent), or within 90 days after that date if the request was sent outside the United States.

_2/12/01_  _V. S. Freim L_
DATE                                                SIGNATURE

Printed/typed name: _Victoria S. Freimuth_

Title if any: _Assistant Counsel_

Address of Person signing: _Office of Chief Counsel, DOC_
_55 Utley Drive_
_Camp Hill PA 17011_

Party you represent: _Corrections Officer Lester_

U.S. Department of Justice  
United States Marshals Service

**PROCESS RECEIPT AND RETURN**  
See Instructions for "Service of Process by the U.S. Marshal"  
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| MR. JOHN RICHARD JAE, | CV-01-41 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Corrections officer Lester | Service |

**SERVE** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN  
Corrections officer Lester, SCI-Camp Hill  

**AT** — ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)  
2500 Lisburn Road, P.O. Box 8837, Camp Hill, PA 17001-8837

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:  

Mr. John Richard Jae,  
#BQ-3319  
SCI-Greene/SMU  
175 Progress Drive  
Waynesburg, PA 15370-8089

| | |
|---|---|
| Number of process to be served with this Form - 285 | 2 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Serve only between the hours of  
6:00 A.M. – 8:00 P.M.  
Monday – Friday

Signature of Attorney or other Originator requesting service on behalf of:  
(S) John Richard Jae  
☒ PLAINTIFF  
☐ DEFENDANT  
TELEPHONE NUMBER: —  
DATE: 12-26-00

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 67 | District to Serve No. 67 | Signature of Authorized USMS Deputy or Clerk: Q. Lavelle | Date 1/30/01 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):  

FILED SCRANTON  
FEB 16 2001  
PER [signature]  
DEPUTY CLERK

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):  

Date of Service: 2/12/01  
Time: pm  
Signature of U.S. Marshal or Deputy: Q. Lavelle

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 9.00 | | | 8.00 | | |

REMARKS:

PRIOR EDITIONS MAY BE USED — **1. CLERK OF THE COURT** — FORM USM-285 (Rev. 12/15/80)