*See attach*

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN RICHARD JAE, | : | CIVIL NO. **1:01-CV-0041** |
| Plaintiff | : | (Judge Rambo) |
| v. | : | (Magistrate Judge Smyser) |
| CORRECTIONS OFFICER LESTER, | : | |
| Defendant | : | |

FILED
HARRISBURG
FEB 22 2001
MARY E. D'ANDREA, CLERK
Per _____ DEPUTY CLERK

<u>**CASE MANAGEMENT ORDER**</u>

The plaintiff, a prisoner proceeding *pro se*, commenced this 42 U.S.C. § 1983 action by filing a complaint on January 10, 2001. On February 16, 2001, the defendant filed a waiver of service of summons. The following case management deadlines govern this case.

1. **<u>Discovery Deadline</u>**. All discovery shall be planned and commenced so as to be completed by **August 22, 2001**.

2. **<u>Discovery Limitations</u>**. In the absence of mutual consent to exceed these limits or a court order, the maximum number of interrogatories per side shall be twenty five (25); the maximum number of document production requests per side

AO 72A

shall be twenty five (25); and the maximum number of requests for admissions per side shall be twenty-five (25).

3. **Discovery-Related Motions**. Any discovery-related motion shall be filed on or before **August 29, 2001**. Because the plaintiff is proceeding *pro se* and is in custody, compliance with Local Rule 26.3, Rules of Court, M.D. Pa., is not required in this case.

4. **Dispositive Motions**. Any dispositive motion shall be filed, as well as the supporting brief, on or before **October 22, 2001**.

5. **Consent**. On or before **June 22, 2001**, counsel for the defendants shall file either a consent form, signed by all counsel and the plaintiff, consenting to proceed under 28 U.S.C. § 636(c) before a magistrate judge, or a statement that there is not mutual consent to have a magistrate judge serve as the judge of the case.

The court will, in the absence of good cause, adhere to the schedule hereby established. Extensions of the discovery period and of the deadline for filing dispositive motions will

2

be granted only when good cause is shown and a motion is timely made.

                                                    _____
                                                    J. Andrew Smyser
                                                    Magistrate Judge

Dated:     **February 22, 2001.**

3

AO 72A

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

February 22, 2001

Re: 1:01-cv-00041   Jae v. Lester

True and correct copies of the attached were mailed by the clerk to the following:

John Richard Jae
SCI-P
SCI at Pittsburgh
BQ-3219
P.O. Box 99901
Pittsburgh, PA  15233

Victoria Sellitto Freimuth, Esq.
Office of Chief Counsel
PA Dept of Corrections
55 Utley Drive
Camp Hill, PA  17011

```
cc:
Judge                         ( )            ( ) Pro Se Law Clerk
Magistrate Judge              ( )            ( ) INS
U.S. Marshal                  ( )            ( ) Jury Clerk
Probation                     ( )
U.S. Attorney                 ( )
Atty. for Deft.               ( )
Defendant                     ( )
Warden                        ( )
Bureau of Prisons             ( )
Ct Reporter                   ( )
Ctroom Deputy                 ( )
Orig-Security                 ( )
Federal Public Defender       ( )
Summons Issued                ( ) with N/C attached to complt. and served by:
                                  U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5           ( )
Order to Show Cause           ( ) with Petition attached & mailed certified mail
                                  to:  US Atty Gen   ( )   PA Atty Gen ( )
                                       DA of County  ( )   Respondents ( )
Bankruptcy Court              ( )
Other_____  ( )
```

MARY E. D'ANDREA, Clerk

2/22/01