From The Desk of:
Mr. John Richard Joe,
#BQ-3219
SCI-Greene/SMU
175 Progress Drive
Waynesburg, PA-15370-8089
February 25, 2001

To: The Office of The Clerk,
United States District Court
228 Walnut Street
P.O. Box 983
Harrisburg, PA-17108-0983

Re: Joe vs. Kyler, et al.,
CIVIL No-1=CV-00-0315

Re: Joe vs. Clark, et al.,
CIVIL No-1=CV-00-1090

Re: Joe vs. Wexford Health, Services, Inc.,
CIVIL No-1=CV-00-1554

Re: Joe vs. Domovich, et al.,
CIVIL No-1=CV-00-2123
and=

Re: Joe vs. Corrections Officer Lester,
CIVIL No-1=CV-01-0041

Dear Clerk=
Please be advised that effective imm[...]

the Plaintiff's address of record in each of the ab[ove]
captioned civil cases is changed back to=Mr. [John]
Richard Joe #BQ-3219, SCI-Greene/SMU, 175 Progr[ess]
Waynesburg, PA-15370-8089=

Sincerely,

CC= Mr. James D-Young, Esq. (5)
Mr. Robert M. Whittes[...]

Mr. John Richard Joe
Plaintiff, and Pe Se Coun[...]

*(FILED HARRISBURG MAR 01 2001 ___ ANDREA, CLERK DEPUTY CLERK)*