● ORIGINAL ●

FILED
HARRISBURG

MAR 27 2001

MARY E. D'ANDREA, CLERK
Per_____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN RICHARD JAE,

    Plaintiffs

v.

C.O. LESTER,

    Defendant

Civil Action No. 01-0041

## MOTION TO REVOKE PLAINTIFF'S IN FORMA PAUPERIS STATUS AND STAY OF PROCEEDINGS

Defendant, C.O. Lester, by and through his attorney, Victoria S. Freimuth, Assistant Counsel, hereby respectfully requests that this Court revoke Plaintiff's in forma pauperis status, stay this proceeding and order Plaintiff to pay the required filing fees or suffer dismissal. A Brief in support of this Motion within the period prescribed by the local rules of this district.

**WHEREFORE**, the Court should revoke Plaintiff's in forma pauperis status and stay this proceeding until Plaintiff pays the required filing fee.

Respectfully submitted:

*Victoria S. Freimuth*
Victoria S. Freimuth
Assistant Counsel
Attorney I.D. 77183

PA Department of Corrections
55 Utley Drive
Camp Hill, PA 17011
(717) 731-0444

Dated: March 27, 2001

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN RICHARD JAE,

    Plaintiffs

v.

C.O. LESTER,

    Defendant

Civil Action No. 01-0041

### CERTIFICATE OF SERVICE

I hereby certify that I am this day forwarding a true and correct copy of the Motion to Revoke Plaintiff's In Forma Pauperis Status and Stay of Proceedings upon the person(s) in the manner indicated below:

    Service by first-class mail
    Addressed as follows:

    John Richard Jae, BQ3219
    SCI-Greene
    175 Progress Drive
    Waynesburg, PA  15370

    _____
    Alonda N. Bailey
    Clerk Typist 2

PA Department of Corrections
55 Utley Drive
Camp Hill, PA  17011
(717) 731-0444

Dated:  March 27, 2001