(Please File In Case!!
~ 2 to ct

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNS[YLVANIA]

JOHN RICHARD JAE,                     CIVIL [NO.]
                                       01-41
        Plaintiff,
                                       U.S. District Judge
                                       Magistrate Judge S[...]
    vs.

C.O. LESTER,                          FILED
                                      HARRISBURG, PA
        Defendant.
                                      APR 25 2001

                                      MARY E. D'ANDREA, CLERK
                                      Per _____
                                              Deputy Clerk

**ORIGINAL**

MOTION FOR ENLARGEMENT OF TI[ME]

COMES NOW, the Plaintiff Pro Se Counsel in the above[-entitled]
Civil Action, John Richard Jae, as a Layman Unlettered i[n the]
& Sciences of the Laws & Legal Procedures within the Un[ited]
States & now, pursuant to Fed. R. Civ. P. 6(b), file[s this]
Motion For Enlargement of Time, herein, & who avers, a[s follows:]

1. On or about March 27, 2001, Defendant[`s]
Counsel, filed his Motion To Revoke Plaintif[f's]
In Forma Pauperis Status and Stay of
Proceedings, herein the above-entitled Civ[il]
Rights Action. Defendant's Brief in Sup[port of]
such Motion was filed on or about April 10, [2001,]
herein.

2. Due to the facts that Plaintiff m[ust]
get copies made of his Brief in Opp[osition]
To Defendant's Motion To Revoke Plaintiff['s]
In Forma Pauperis Status and Brief In Support [...]

have two (2) copies of such for Defendant's counsel and the Plaintiff, however, the Plaintiff is totally financially indigent and he has no money at all to pay to have photocopies made of such & this prison does not do free photocopying & so the Plaintiff must send such out to be photocopied by his Christian friend, however, his Christian friend is in Africa on a missionary trip & will not be back home in the States until May 20, 2001; and Plaintiff has not had the time to do the necessary legal research & investigations which he must do first before he can prepare & serve his Brief, herein, and, thus the Plaintiff is unable to prepare, file & serve his Brief in Opposition to Defendant's Motion to Revoke Plaintiff's In Forma Pauperis Status and Stay of Proceedings & Brief in Support by the present due date therefore of April __, 2001, and, thus, he requests a 60 day enlargement of time from this date to & including June __, 2001, in which to prepare, file & serve such Brief herein this case =:    AND HE SHALL EVER
RESPECTFULLY SUBMITTED
(S) John Richard Jr.
MR. JOHN RICHARD JR.
Dated = 22nd APRIL 2001 = #BQ-3819
SCI-Greene/SMU
175 Progress Drive
Waynesburg, PA 15370

DAEKO LESTER
CIVIL NO. 1: CV-01-0041
CERTIFICATE OF SERVICE

I certify that on 4-23-01, I mailed to the person listed below, a true and correct copy of the within Motion for Enlargement of Time, by 1st class U.S. Mail, Postage Prepaid & addressed to:

Ms. Victoria S. Freimuth,
Assistant Counsel
Pa. Dept. of Corrections
Office of the Chief Counsel
55 Utley Drive
Camp Hill, PA. 17011

I certify that on 4-23-01, I gave the original of the above-same document to Prison Officials here for mailing to this Court.

I certify under penalty of perjury pursuant to 28 USC § that the above, is true & correct.

Dated/Executed on:              s/ John Richards
                                MR. JOHN RICHARDS
23rd APRIL 2001                 Plaintiff and Pro Se

At: Waynesburg, Pennsylvania