UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN RICHARD JAE, : CIVIL NO. 1:01-CV-0041
:
    Plaintiff : 
: (Judge Rambo)
v. :
: (Magistrate Judge Smyser)
CORRECTIONS OFFICER LESTER, :
:
    Defendant :

FILED
HARRISBURG, PA

APR 27 2001

MARY E. D'ANDREA, CLERK
PER_____ DEPUTY CLERK

ORDER

AND NOW, this 27th day of April, 2001, **IT IS HEREBY ORDERED** that the plaintiff's motion (doc. 14) for an enlargement of time to file a brief in opposition to the defendant's motion to revoke his *in forma pauperis* status is **GRANTED**. The plaintiff shall file his brief in opposition on or before June 22, 2001.

_____
J. Andrew Smyser
Magistrate Judge

Dated: April 27, 2001.

AO 72A
(Rev 8/82)

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

April 27, 2001

Re: 1:01-cv-00041   Jae v. Lester

True and correct copies of the attached were mailed by the clerk to the following:

John Richard Jae
SCI-GREEN
BQ-3219
175 Progress Drive
Waynesburg, PA  15370

Victoria Sellitto Freimuth, Esq.
Office of Chief Counsel
PA Dept of Corrections
55 Utley Drive
Camp Hill, PA  17011

```
cc:
Judge                          ( )         ( ) Pro Se Law Clerk
Magistrate Judge               (/)         ( ) INS
U.S. Marshal                   ( )         ( ) Jury Clerk
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( ) with N/C attached to complt. and served by:
                                   U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( ) with Petition attached & mailed certified mail
                                   to: US Atty Gen ( )    PA Atty Gen ( )
                                       DA of County ( )   Respondents ( )
Bankruptcy Court               ( )
Other_____ ( )
```

MARY E. D'ANDREA, Clerk

DATE: _____4/27/01_____        BY: _____[signature]_____
                                            Deputy Clerk