ORIGINAL

FILED
HARRISBURG, PA
JUN 20 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN RICHARD JAE, | : |
| Plaintiffs | : Civil Action No. 01-CV-0041 |
| v. | : Judge Rambo |
| C.O. LESTER, | : (Magistrate Judge Smyser) |
| Defendant | : |

### MOTION TO EXTEND THE CASE MANAGEMENT ORDER

Defendant, by and through his attorney, Victoria S. Freimuth, hereby requests an extension of the dates provided in the Court's Case Management Order in the above-captioned matter, averring in support thereof as follows:

1. On January 1, 2001, Plaintiff filed the above-captioned Complaint pursuant to 42 U.S.C. § 1983. Plaintiff alleges that his Eighth Amendment rights were violated and that he was physically assaulted.

2. On January 25, 2001, the Court granted Plaintiff's request to proceed in forma pauperis.

3. On February 22, 2001, the Court issued a Case Management Order in the above captioned matter.

4. On March 27, 2001, Defendant Lester filed a Motion to Revoke Plaintiff's In Forma Pauperis Status. A Brief in support thereof was filed on April 10, 2001.

5. Plaintiff was permitted an extension of time in which to file a Brief in Opposition to Defendant's Motion to Revoke Plaintiff's In Forma Pauperis Status. Plaintiff's Brief is due on or before June 22, 2001.

6. The February 22, 2001 Case Management Order directs that discovery be completed by August 22, 2001 and that any discovery related motions be filed on or before August 29, 2001. In addition, the Case Management Order directs that dispositive motions be filed on or before October 22, 2001 and that a consent form, signed by all counsel and the Plaintiff, be filed on or before June 22, 2001.

7. As stated above, currently pending before this Court is Defendant's Motion to Revoke Plaintiff's In Forma Pauperis Status. If Defendant's Motion to Revoke is granted, Plaintiff will either need to pay the required filing fees or suffer dismissal of his Complaint. Any additional filings in this matter will therefore be moot at that point.

8. Defendant requests that the dates provided in the Case Management Order be extended 60 days after the Court has ruled upon Defendant's Motion to Revoke Plaintiff's In Forma Pauperis Status.

WHEREFORE, Defendant requests that the Motion for an Extension of the Case Management Order be granted in this matter.

Respectfully submitted:

*Victoria S. Freimuth*
Victoria S. Freimuth
Assistant Counsel
Attorney I.D. 77183

PA Department of Corrections
55 Utley Drive
Camp Hill, PA 17011
(717) 731-0444

Dated: June 20, 2001

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN RICHARD JAE, :
:
    Plaintiffs : Civil Action No. 01-0041
:
    v. :
:
C.O. LESTER, :
:
    Defendant :

### CERTIFICATE OF SERVICE

I hereby certify that I am this day forwarding a true and correct copy of the

Defendant's Motion to Extend the Case Management Order upon the person(s) in the manner

indicated below:

                              Service by first-class mail
                              Addressed as follows:

                              John Richard Jae, BQ3219
                              SCI-Greene
                              175 Progress Drive
                              Waynesburg, PA 15370

                              *Alonda N. Bailey* (signature)
                              Alonda N. Bailey
                              Clerk Typist 2

PA Department of Corrections
55 Utley Drive
Camp Hill, PA 17011
(717) 731-0444

Dated: June 20, 2001