*see as*



UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN RICHARD JAE,                :    CIVIL NO. 1:01-CV-0041
                                 :
            Plaintiff            :    (Judge Rambo)
                                 :
      v.                         :    (Magistrate Judge Smyser)
                                 :
CORRECTIONS OFFICER LESTER,      :
                                 :
            Defendant            :

### ORDER

FILED
HARRISBURG, PA

JUN 2 5 2001

MARY E. D'ANDREA, CLERK
PER_____
               DEPUTY CLERK

The plaintiff, a state prisoner proceeding *pro se*, commenced this 42 U.S.C. § 1983 action by filing a complaint on January 10, 2001. On February 16, 2001, the defendant filed a waiver of service of summons. On February 22, 2001, a case management order was filed.

On March 27, 2001, the defendant filed a motion to revoke the plaintiff's *in forma pauperis* status and to stay the proceedings. On April 10, 2001, the defendant filed a brief in support of that motion. The plaintiff requested and received an extension of time until June 22, 2001, to file a brief in opposition to the motion. As of this date, there is no brief in opposition on the docket.

AO 72A
(Rev. 8/82)

On June 20, 2001, the defendant filed a motion to extend the dates in the case management order. The defendant is seeking an order that dates in the case management order be extended to sixty days after the court rules on his motion to revoke the plaintiff's *in forma pauperis* status.

AND NOW, this 25th day of June, 2001, **IT IS HEREBY ORDERED** that the defendant's motion (doc. 16) to extend the case management order is **GRANTED**. The case management order dated February 22, 2001 is **VACATED**. A new case management order will be issued at a later date, if necessary.

                                                                              J. Andrew Smyser
                                                                              Magistrate Judge

Dated: June 25, 2001

AO 72A
(Rev.8/82)

```
              UNITED STATES DISTRICT COURT
                       FOR THE
              MIDDLE DISTRICT OF PENNSYLVANIA

              * * MAILING CERTIFICATE OF CLERK * *

                       June 25, 2001


   Re: 1:01-cv-00041    Jae v. Lester



   True and correct copies of the attached were mailed by the clerk
   to the following:


       John Richard Jae
       SCI-GREEN
       BQ-3219
       175 Progress Drive
       Waynesburg, PA   15370

       Victoria Sellitto Freimuth, Esq.
       Office of Chief Counsel
       PA Dept of Corrections
       55 Utley Drive
       Camp Hill, PA   17011



cc:
Judge                        ( )                       ( ) Pro Se Law Clerk
Magistrate Judge             (✓)                       ( ) INS
U.S. Marshal                 ( )                       ( ) Jury Clerk
Probation                    ( )
U.S. Attorney                ( )
Atty. for Deft.              ( )
Defendant                    ( )
Warden                       ( )
Bureau of Prisons            ( )
Ct Reporter                  ( )
Ctroom Deputy                ( )
Orig-Security                ( )
Federal Public Defender      ( )
Summons Issued               ( ) with N/C attached to complt. and served by:
                                 U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5          ( )
Order to Show Cause          ( ) with Petition attached & mailed certified mail
                                 to: US Atty Gen   ( )    PA Atty Gen ( )
                                     DA of County  ( )    Respondents ( )
Bankruptcy Court             ( )
Other_____      ( )
                                           MARY E. D'ANDREA, Clerk
```

DATE: _____6/25/u_____          BY: _____/s/_____
                                         Deputy Clerk