IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN RICHARD JAE,
    Plaintiff

vs.

C.O. LESTER,
    Defendant

FILED
HARRISBURG
JUN 27 2001
MARY E. D'ANDREA, CLERK
Per _____ DEPUTY CLERK

JUDGE'S COPY 1-01-CV-
vs- District Judge
Magistrate Judge

## MOTION FOR ENLARGEMENT OF TIME

COMES NOW, the Plaintiff Pro-Se Counsel in the above-entitled civil action, John Richard Jae, as a layman unlettered in the arts & sciences of the law, flagrant within the United States, who now files his Motion For Enlargement of Time pursuant to Fed. R. Civ. P. 6( ), & who, avers, deposes & states:=

1. On or about March 27, 2001, Defendant C.O. Lester, by Counsel, filed his Motion to Revoke Plaintiff's In Forma Pauperis Status And Stay Of Proceedings And Brief on April 10, 2001, filed his Brief In Support of such Motion, herein this case.

2. Plaintiff's Brief In Opposition To Defendant's Motion to Revoke Plaintiff's In Forma Pauperis Status And Stay Of Proceedings And Brief In Support, presently due to be filed & served herein this case, on or before June 22, 2001, due to the facts that Prison Officials/Staff here at S.C.I.-Greene illegally denied me sufficient access to my stored property which I needed/need to locate, retrieve & take back to my cell with me, i.e. case file papers, legal materials & law books in the above-captioned case which I need first in order to enable me to prepare, file & serve Plaintiff's In Opposition to Defendant's Motion to Revoke Plaintiff's In Forma Pauperis Status And Stay of Proceedings And Brief In Support, herein this case. Officials here are also illegally denying this Plaintiff enough papers & paper to prepare his Brief In Opposition To Defendant's Motion to Revoke In Forma Pauperis Status And Stay Of Proceedings And Brief In Support & are likewise illegally denying him the large legal size envelopes which he needs to file & serve such Pleading of his, herein this case, when he is totally & financially indigent with no money at all with which to buy such paper, carbon paper and envelopes himself.

3. Simultaneously with this here Motion, this Plaintiff is filing his Petition For Writ of Mandamus And Brief In Support thereto requiring S.C.I.-Greene Prison Officials to forth with return all his

are to provide this Plaintiff with enough paper & car[bon] paper, so that he can prepare & file his legal pleading/brie[f in] opposition in this case & that they are to provide thi[s] Plaintiff with two (2) Legal Envelopes to mail such bri[ef] to this Court and to counsel for the Defendant, herein thi[s] case, and this court will need time to rule on su[ch] petition, herein this case:

(W)HEREFORE, based upon & given the above & foregoi[ng,] Plaintiff John Richard Jae, prays that this court will g[rant] this motion & grant him an enlargement of time of t[hirty] (30) days to & including July 22, 2001, in which to file his Brief in opposition to Defendants motion to R[evoke] Plaintiff's In Forma Pauperis Status And Stay of Proce[edings] And Brief in Support, herein this Civil Rights Action:

AND HE SHALL EVER [PRAY]
RESPECTFULLY SUB[MITTED]
John Richard [Jae]
(S) Mr. John R. Jae,
#BQ-2219
SCI-Greene/SMU
175 Progress Drive
Waynesburg, PA. 1537[0]

Dated: 20th June 2001:

Plaintiff and Pro Se Co[unsel]

Joe vs. G.O. Lester
Civil No. 1:CV-01-0041

## CERTIFICATE OF SERVICE

I certify that on 6-22-01, I mailed to the person listed, a true and correct carbon copy of each of Plaintiff's Petition For Writ of Mandamus and Brief In Support and Motion For Enlargement of Time, by way of U.S. 1st Class Mail, postage prepaid and addressed to:

Ms. Victoria S. Freimuth,
Assistant Counsel
Office of the Chief Counsel
Pennsylvania Dept. of Corrections
55 Utley Drive
Camp Hill, PA. 17011

I certify that on 6/22/01, I gave to prison officials here for mailing to this court, the originals of each of the above-named documents.

I certify under penalty of perjury & pursuant to 28 U.S.C. §1746, the above, is true & correct.

(s) _____John Richard_____
MR. JOHN RICHARD
#BQ-5019
SCI-Greene/SMU
175 Progress Drive
Waynesburg, PA. 15370

Plaintiff and Pro Se Counsel

Dated/Executed on:
22nd JUNE 2001
At: Waynesburg, Pennsylvania