UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN RICHARD JAE, | CIVIL NO. **1:01-CV-0041** |
| Plaintiff | (Judge Rambo) |
| v. | (Magistrate Judge Smyser) |
| CORRECTIONS OFFICER LESTER, | |
| Defendant | |

**FILED**
**HARRISBURG, PA**

**JUL 0 5 2001**

MARY E. D'ANDREA, CLERK
PER _____ DEPUTY CLERK

<u>ORDER</u>

AND NOW, this 5th day of July, 2001, **IT IS HEREBY ORDERED** that the plaintiff's motion (doc. 18) for an enlargement of time to file a brief in opposition to the defendant's motion to revoke his *in forma pauperis* status is **GRANTED**. The plaintiff shall file his brief in opposition on or before July 23, 2001.

J. Andrew Smyser
Magistrate Judge

Dated: July 5, 2001

AO 72A
(Rev.8/82)


UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

\* \* MAILING CERTIFICATE OF CLERK \* \*

July 5, 2001

Re: 1:01-cv-00041    Jae v. Lester

True and correct copies of the attached were mailed by the clerk to the following:

> John Richard Jae
> SCI-GREEN
> BQ-3219
> 175 Progress Drive
> Waynesburg, PA  15370
>
> Victoria Sellitto Freimuth, Esq.
> Office of Chief Counsel
> PA Dept of Corrections
> 55 Utley Drive
> Camp Hill, PA  17011

```
cc:
Judge                           ( )              ( ) Pro Se Law Clerk
Magistrate Judge                (✓)              ( ) INS
U.S. Marshal                    ( )              ( ) Jury Clerk
Probation                       ( )
U.S. Attorney                   ( )
Atty. for Deft.                 ( )
Defendant                       ( )
Warden                          ( )
Bureau of Prisons               ( )
Ct Reporter                     ( )
Ctroom Deputy                   ( )
Orig-Security                   ( )
Federal Public Defender         ( )
Summons Issued                  ( )   with N/C attached to complt. and served by:
                                      U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5             ( )
Order to Show Cause             ( )   with Petition attached & mailed certified mail
                                      to:  US Atty Gen   ( )    PA Atty Gen ( )
                                           DA of County  ( )    Respondents ( )
Bankruptcy Court                ( )
Other_____    ( )
```

MARY E. D'ANDREA, Clerk

DATE: _____7-5-01_____          BY: _____/s/_____
                                         Deputy Clerk