"Please File In Case"

㉑
7/30/01
SC

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**ORIGINAL**

JOHN RICHARD JAE,
  Plaintiff,
vs.
C.O. LESTER,
  Defendant.

CIVIL NO. 1:CV-01-00__
U.S. District Judge R__
Magistrate Judge Smy__

FILED
HARRISBURG
JUL 27 2001
MARY E. D'ANDREA, CLERK
Per _____ DEPUTY CLERK

## MOTION FOR ENLARGEMENT OF TIME

COMES NOW, the Plaintiff & Pro Se Counsel in the above-entitled Civil Action, John Richard Jae, as a Layman unlettered in the art & sciences of the Laws & Legal Procedures within the United S__ who, pursuant to Fed.R.Cr.P., Rule 6(b), files his Motion for En__ of Time, herein, & who, avers, deposes & states:

1. That on or about March 27, 2001, Defendant, by Counsel, filed __ to Revoke Plaintiff's In Forma Pauperis Status and Stay of P__ herein the above-entitled Civil Action.

2. On or about June 22, 2001, Plaintiff filed his Petition for __ Mandamus and Brief in Support, herein this case.

3. This Court has not yet ruled on Plaintiff's Petition f__ Mandamus in this case.

4. Because this Court has not yet ruled on the Plaintiff'__ Writ of Mandamus, herein, yet, Plaintiff needs & requests an enlar__ time of (30) thirty days from this date to and including August __ to file & serve his Brief in Opposition to Defendants' Motion to Re__ In Forma Pauperis Status and Stay of Proceedings herein this case.

RESPECTFU__
(S) John Richar__
Mr. John Richard J__

## CERTIFICATE OF SERVICE

I, certify that on 7/23/01, I mailed to the person listed below, a true & correct carbon copy of the within Motion For Enlargement of Time, by way of U.S. 1st Class Mail, postage prepaid & addressed to:

> Ms. Victoria S. Freemuth,
> Assistant Counsel
> Office of The Chief Counsel,
> Pa. Dept. of Corrections
> 55 Utley Drive
> Camp Hill, PA - 17011

I certify that on 7/22/01, I gave the original of the above document to Prison Officials here for mailing to this court.

Signed under penalty of perjury on this 22nd day of July, 2001 at Waynesburg, Pennsylvania.

(S) _John Richa___
MR. JOHN RECHA[...]
Plaintiff and Pro Se

