UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN RICHARD JAE, | : | CIVIL NO. **1:01-CV-0041** |
| Plaintiff | : | |
| v. | : | (Judge Rambo) |
| | : | (Magistrate Judge Smyser) |
| CORRECTIONS OFFICER LESTER, | : | |
| Defendant | : | |

ORDER

AND NOW, this 6TH day of August, 2001, **IT IS HEREBY ORDERED** that on or before August 14, 2001, the defendants shall either file a brief in opposition to the plaintiff's petition for writ of mandamus (doc. 19) or file a statement indicating that they do not oppose the petition.

J. Andrew Smyser
Magistrate Judge

Dated: August 6, 2001.

```
                    UNITED STATES DISTRICT COURT
                            FOR THE
                  MIDDLE DISTRICT OF PENNSYLVANIA

                 * * MAILING CERTIFICATE OF CLERK * *

                          August 6, 2001


Re:   1:01-cv-00041    Jae v. Lester



True and correct copies of the attached were mailed by the clerk
to the following:


      John Richard Jae
      SCI-GREEN
      BQ-3219
      175 Progress Drive
      Waynesburg, PA  15370

      Victoria Sellitto Freimuth, Esq.
      Office of Chief Counsel
      PA Dept of Corrections
      55 Utley Drive
      Camp Hill, PA  17011
```

```
cc:
Judge                          ( )                    ( ) Pro Se Law Clerk
Magistrate Judge               (✓)                    ( ) INS
U.S. Marshal                   ( )                    ( ) Jury Clerk
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( )  with N/C attached to complt. and served by:
                                    U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( )  with Petition attached & mailed certified mail
                                    to: US Atty Gen ( )    PA Atty Gen ( )
                                        DA of County ( )    Respondents ( )

Bankruptcy Court               ( )
Other_____   ( )
                                                 MARY E. D'ANDREA, Clerk
```

DATE: _____8-6-01_____            BY: _____/s/_____
                                      Deputy Clerk