*See attach*

(23)
8-8-01
sc

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN RICHARD JAE,              :    CIVIL NO. **1:01-CV-0041**
                               :
     Plaintiff                 :    (Judge Rambo)
                               :
v.                             :    (Magistrate Judge Smyser)
                               :
CORRECTIONS OFFICER LESTER,    :
                               :
     Defendant                 :

FILED
HARRISBURG
AUG 7 2001
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

**ORDER**

AND NOW, this 7th day of August, 2001, **IT IS HEREBY ORDERED** that the plaintiff's motion (doc. 21) for an enlargement of time to file a brief in opposition to the defendant's motion to revoke his *in forma pauperis* status is **GRANTED.** The plaintiff shall file his brief in opposition on or before August 22, 2001.

_____
J. Andrew Smyser
Magistrate Judge

Dated: August 7, 2001.

AO 72A
(Rev.8/82)

```
                UNITED STATES DISTRICT COURT
                         FOR THE
                MIDDLE DISTRICT OF PENNSYLVANIA

              * * MAILING CERTIFICATE OF CLERK * *

                        August 7, 2001


Re:  1:01-cv-00041    Jae v. Lester



True and correct copies of the attached were mailed by the clerk
to the following:


     John Richard Jae
     SCI-GREEN
     BQ-3219
     175 Progress Drive
     Waynesburg, PA  15370

     Victoria Sellitto Freimuth, Esq.
     Office of Chief Counsel
     PA Dept of Corrections
     55 Utley Drive
     Camp Hill, PA  17011



cc:
Judge                         ( )            ( ) Pro Se Law Clerk
Magistrate Judge              ( )            ( ) INS
U.S. Marshal                  ( )            ( ) Jury Clerk
Probation                     ( )
U.S. Attorney                 ( )
Atty. for Deft.               ( )
Defendant                     ( )
Warden                        ( )
Bureau of Prisons             ( )
Ct Reporter                   ( )
Ctroom Deputy                 ( )
Orig-Security                 ( )
Federal Public Defender       ( )
Summons Issued                ( ) with N/C attached to complt. and served by:
                                  U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5           ( )
Order to Show Cause           ( ) with Petition attached & mailed certified mail
                                  to: US Atty Gen   ( )   PA Atty Gen ( )
                                      DA of County  ( )   Respondents ( )
Bankruptcy Court              ( )
Other_____     ( )
                                                MARY E. D'ANDREA, Clerk
```

8/7/01