IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN RICHARD JAE,
  Plaintiff,
vs.
C.O. LESTER,
  Defendant.

Civil Action No. 1:CV-01-0[...]
U.S. District Judge Rambo
Magistrate Judge Smyser

FILED
HARRISBURG
AUG 27 2001
MARY E. D'ANDREA, CLERK
Per _____ DEPUTY CLERK

## MOTION FOR ENLARGEMENT OF TIME

COMES NOW, the Plaintiff pro se Counsel in the above-entitled Civil Action, John Richard Jae, as a Layman unlettered in the Arts & Sciences of the Law and Legal Procedures within the United States and now files his Motion For Enlargement of Time pursuant to Fed.R.Civ.P.6(b) & who, avers, deposes & states:

1. On June 22, 2001, the Plaintiff John Richard Jae, filed his Petition for Writ of Mandamus And Brief In Support, herein this case.

2. Such Petition is still pending before this Court at this time.

3. Due to the fact that Plaintiff does not have his Case File/Papers, Legal Materials and Law Books and also does not have enough paper nor carbon paper to prepare his Brief In Opposition Petition to Revoke Plaintiff's In Forma Pauperis Status And To Stay of Proceedings and no large legal envelopes to mail such to this Court and to Counsel for the Defendant, as stated in his Brief For Writ of Mandamus, herein, and, given that he needs the Court to order officials hereto provide such to him first, and given the fact that the Court has not yet ruled on such Petition For Writ of Mandamus, hence this Plaintiff is unable to prepare, file or serve his Brief In Opposition to Defendant's Motion To Revoke Plaintiff's In Forma Pauperis Status And Stay of Proceedings, herein this case, by the present due date for such of August 22, 2001, and therefore, he requests an enlargement of time of thirty-[...] days from this date to & including September 24, 2001, in which to [...] file & serve his Brief In Opposition to Defendant's Motion To Revoke Plaintiff's In Forma Pauperis Status And Stay of Proceedings, herein this case.

(W)HEREFORE, Plaintiff John Richard Jae, prays that this Court will grant an Enlargement of Time of 32 days until September 24, 2001, in which to prepare, file [...] Brief In Opposition to Defendant's Motion To Revoke Plaintiff's In Forma Pauperis And Stay of Proceedings, herein this case.

RESPECTFULLY SUBMITTED,
(s) John Richard [...]

CERTIFICATE OF SERVICE
DAE vs. LESTER,
CIVIL NO. 1:CV-01-0041

I certify that on 8/23/01, I mailed to the person/s
below, a true and correct carbon copy of each of Plaintiff's
Motion For Enlargement of Time and Plaintiff's Brief In Opp.
to Defendant's Motion For Stay of Proceedings And Enlargement
of Time To Respond to Plaintiff's Petition For Writ of Mandamus,
U.S. 1st Class Mail, Postage Prepaid and addressed to:

Ms. Victoria S. Freimuth,
Assistant Counsel
Pennsylvania Department of Corrections,
Office of the Chief Counsel
55 Utley Drive
Camp Hill, PA. 17011

I certify that on 8/23/01, I gave the originals of
above-same documents to Prison Officials here for mailing
to this Court.

I certify under penalty of perjury & pursuant to: 28 U.S.C.
that the above, is true & correct.

                                        (s) _____
                                        MR. JOHN RICHARD
Dated/Executed On:                      #BQ-3219
23rd AUGUST 2001:                       SCI-Greene/SMU
At: Waynesburg, Pennsylvania:           175 Progress Drive
                                        Waynesburg, PA-15370
                                        Plaintiff and Pro Se