FILED
HARRISBURG

AUG 28 2001

MARY E. D'ANDREA, CLERK
Per_____
       DEPUTY CLERK

**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN RICHARD JAE, :
: 
    Plaintiff, :
: Civil Action No. 1:01-CV-0041
v. :
: (Judge Rambo)
CORRECTIONS OFFICER LESTER. :
: (Magistrate Judge Smyser)
    Defendant. :

**PRAECIPE FOR ENTRY OF APPEARANCE**

TO THE CLERK OF COURTS:

    Please enter the appearance of Michael J. McGovern, Assistant Counsel, on behalf of Defendant Corrections Officer Lester and withdraw the appearance of Victoria S. Freimuth, Assistant Counsel, on behalf of Defendants Corrections Officer Lester in the above-captioned matter. Please forward future documents to my attention.

                                Respectfully submitted,

                                Michael J. McGovern
                                Assistant Counsel
                                Attorney I.D. No. 52802

Pa. Department of Corrections
55 Utley Drive
Camp Hill, Pa 17011
(717) 731-0444
Dated: August 28, 2001

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN RICHARD JAE,

    Plaintiff,

v.

CORRECTIONS OFFICER LESTER.

    Defendant.

Civil Action No. 1:01-CV-0041

(Judge Rambo)

(Magistrate Judge Smyser)

### CERTIFICATE OF SERVICE

I hereby certify that I am this day depositing in the U.S. mail a true and correct copy of the foregoing Praecipe for Entry of Appearance upon the person(s) and in the manner indicated below.

Service by first-class mail
addressed as follows:

John Richard Jae, BQ-3219
SCI-Greene / SMU
175 Progress Drive
Waynesburg, PA 15370-8089

Tracey M. McCullough
Administrative Officer

PA Department of Corrections
Office of Chief Counsel
55 Utley Drive
Camp Hill, PA 17011
(717) 731-0444

Dated: August 28, 2001