UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN RICHARD JAE, | : | CIVIL NO. **1:01-CV-0041** |
| Plaintiff | : | |
| v. | : | (Judge Rambo) |
| | : | (Magistrate Judge Smyser) |
| CORRECTIONS OFFICER LESTER, | : | |
| Defendant | : | |

**FILED**
HARRISBURG, PA

SEP 0 5 2001

MARY E. D'ANDREA, CLERK
PER_____ DEPUTY CLERK

<u>ORDER</u>

AND NOW, this 5th day of September, 2001, **IT IS HEREBY ORDERED** that the plaintiff's motion (doc. 25) for an enlargement of time to file a brief in opposition to the defendant's motion to revoke his *in forma pauperis* status is **GRANTED**. The plaintiff shall file his brief in opposition on or before September 24, 2001.

J. Andrew Smyser
Magistrate Judge

Dated: September 5, 2001.

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

September 5, 2001

Re: 1:01-cv-00041   Jae v. Lester

True and correct copies of the attached were mailed by the clerk to the following:

John Richard Jae
SCI-GREEN
BQ-3219
175 Progress Drive
Waynesburg, PA  15370

Michael J. McGovern, Esq.
Pennsylvania Department of Corrections
55 Utley Drive
Camp Hill, PA  17011

cc:
Judge                              ( )         ( ) Pro Se Law Clerk
Magistrate Judge                   (✓)         ( ) INS
U.S. Marshal                       ( )         ( ) Jury Clerk
Probation                          ( )
U.S. Attorney                      ( )
Atty. for Deft.                    ( )
Defendant                          ( )
Warden                             ( )
Bureau of Prisons                  ( )
Ct Reporter                        ( )
Ctroom Deputy                      ( )
Orig-Security                      ( )
Federal Public Defender            ( )
Summons Issued                     ( ) with N/C attached to complt. and served by:
                                       U.S. Marshal ( )   Pltf's Attorney ( )
Standard Order 93-5                ( )
Order to Show Cause                ( ) with Petition attached & mailed certified mail
                                       to: US Atty Gen ( )   PA Atty Gen ( )
                                           DA of County ( )   Respondents ( )
Bankruptcy Court                   ( )
Other_____   ( )

MARY E. D'ANDREA, Clerk

DATE: 9/5/01                                    BY: /s/
                                                    Deputy Clerk