cc: Jae; McGovern; PA Dept Corrections (Secy Beard; Gen Cnsl Office)
Warden @ SCI Green (cert + reg mail); Ctrm Dpty;
Ct; USM (info only)

FILED
HARRISBURG 9/19/01

SEP 18 2001

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN RICHARD JAE,            :    CIVIL NO. **1:01-CV-0041**
                             :
         Plaintiff           :    (Judge Rambo)
                             :
    v.                       :    (Magistrate Judge Smyser)
                             :
CORRECTIONS OFFICER LESTER,  :
                             :
         Defendant           :

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

The Department of Corrections of the Commonwealth of Pennsylvania and the Superintendent at the State Correctional Institution at Greene are directed to produce the person of **JOHN RICHARD JAE, Number BQ-3219**, at the United States District Court, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania, on October 10, 2001, at 3:00 p.m. and to keep the prisoner safe in custody and confine him from day to day when not appearing before the court. The prisoner may be produced directly to Courtroom No. 5, Eleventh Floor, or he may be presented at the Marshal's Office on the Tenth Floor.

The prisoner shall be produced in court wearing street clothes, not in prison garb. At the conclusion of the

AO 72A
(Rev.8/82)

proceedings, the prisoner shall be returned to the institution where he is currently incarcerated.

                                                                        J. Andrew Smyser
                                                                        Magistrate Judge

Dated: September 18, 2001.

2

AO 72A