ORIGINAL

From the Desk of:
Mr. John Richard Doe,
#BQ-3219
P.O. Box 99901
Pittsburgh, PA. 15233-0901

December 28, 2001

(39)
1-8-02
sc

To: The Office of the Clerk,
United States District Court
228 Walnut Street
P.O. Box 983
Harrisburg, Pa. 17108-0983

1:01-CV-0041

FILED
HARRISBURG, PA
JAN 0 7 2002
MARY E. D'ANDREA, CLERK
Per _____

Dear Clerk:

   Please file the Original of the Plaintiff's Written Objections to The U.S. Magistrate Judge's Report and Recommendation of December 10, 2001, herein this case.

   Also, be advised that I cannot staple such together because I am in the MHU and I do not have access to a stapler.

   Finally, be advised that effective immediately, my address of record in this case is changed to the address listed above and that any and Court-order(s), etc. shall be sent to the Plaintiff at the above-listed new address until further written notice is received from the

Sincerely,
(s) _____
Mr. John Richard Doe
Plaintiff and Pro Se Counsel

CC: Mr. Michael McGovern
w/encl.