From the Desk of:
Mr. John Richard Jae,
#BQ-3219
SCI-Greene/SMU
175 Progress Drive
Waynesburg, PA. 15370-8089

January 15, 2002

To: Office of the Clerk,
U.S. District Court,
Middle District of Pennsylvania
228 Walnut Street
P.O. Box 983
Harrisburg, PA. 17108-0983

Re: Jae vs. Kyler, et al.,
Civil No. 1=CV-00-0315
    and
Re: Jae v. C.O. Lester,
Civil No. 1=CV-01-0041   J. Rambo

Dear Clerk:

Please be advised that effective immediately the Plaintiff's address of record, herein these above-captioned Civil Rights Actions, is changed back to the above listed address.

Sincerely,
(S) Mr. John Richard Jae
Plaintiff's Pro Se Counsel

FILED
HARRISBURG
JAN 22 2002
MARY E. D'ANDREA, CLERK
Per_____
         DEPUTY CLERK

CC: Mr. Michael L. Harvey, SDAG
    Mr. Michael McGlover, Asst. Counsel